UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GERMA CYMONISSE,** *Plaintiff,* v. **FAIR CAPITAL, LLC,** *Defendants.* | Civil Action No. 20-2430(MCA) ORDER |

**THIS MATTER** comes before the Court by way of defendant's motion for sanctions, ECF No. 14;

and it appearing that Judge Hammer issued a Report and Recommendation dated February 24, 2021, in which Judge Hammer recommended that this Court deny defendant's motion for sanctions, ECF No. 23; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 26th day of March, 2021,

**ORDERED** that Judge Hammer's Report and Recommendation dated February 24, 2021, is **ADOPTED** and defendant's motion for sanction ECF No. 14 is **DENIED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**